Dennis Yan
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
Fax (415) 901-0650
Creditor in pro se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

BOB'S BROILER, INC.,

        Debtor.

Case No.: 12-32384 DM
Chapter 7

CREDITOR DENNIS YAN'S WITNESS
LIST

Trial Date: June 2, 2014
Time: 9:30 AM
Dept. 22

| WITNESS NAME | ESTIMATED LENGTH | DESCRIPTION OF TESTIMONY |
| --- | --- | --- |
| Dennis Yan | 45 minutes | attorney fee agreement, the items and accuracy of the billing statement |

- 1