Dennis Yan
300 Frank H. Ogawa Plaza, Suite # 218
Oakland, Ca 94612
Phone (415) 867-5797
Fax (415) 901-0650
Creditor in pro se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

BOB'S BROILER, INC.,

    Debtor.

Case No.: 12-32384 DM
Chapter 7

CREDITOR DENNIS YAN'S TRIAL EXHIBITS

Trial Date: June 2, 2014
Time: 9:30 AM
Dept. 22

| | DESCRIPTION | DATED | No. of Pages | ADMITTED |
|---|---|---|---|---|
| 1 | First Amended Proof of Claim with time sheet | 11/12/2013 | 4 | |
| 2 | Status Conference Statement | 10/11/2012 | 2 | |
| 3 | Email from Yan to Brian Lee | 10/18/2012 | 2 | |
| 4 | Email from Yan to Brian Lee | 10/19/2012 | 3 | |
| 5 | Email from Brian Lee to Yan | 10/19/2012 | 2 | |
| 6 | Consent to Chapter 7 Case | 11/9/2012 | 1 | |
| 7 | Objection to proof of claim #1-2 | 1/3/2014 | 7 | |

Date: APRIL 28, 2014

/s/Dennis Yan

creditor

- 1 -