Signed and Filed: May 30, 2014



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 12-32384DM |
| BOB'S BROILER INC., | ) |
| | ) Chapter 7 |
| Debtor. | ) |

ORDER OVERRULING OBJECTION TO CLAIM

On January 2, 2914, the debtor objected (Dkt. No. 99) to proof of claim 1-2 filed by Anew Law Corporation. By Trial Scheduling Order (Dkt No. 130) the court set the objection for trial on June 2, 2014. That order required the parties to file trial briefs, exhibit lists and witness lists seven days prior to trial.

Claimant filed everything expected of him on May 27; debtor filed nothing. Accordingly, because of debtor's failure to prosecute its objection that objection is OVERRULED, claim 1-2 is ALLOWED and the trial is dropped form the June 2, 2014, calendar.

\* \* \* END OF ORDER \* \* \*