

**Barry Milgrom**
60 29th Street
PMB #661
San Francisco, CA 94110
(415) 796-2444
**Trustee in Bankruptcy**

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**BOB'S BROILER INC.**<br><br>Debtor(s) | Case No. 12-32384<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $25,092.65. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | Howard Ly<br>c/o Sagar Segarich, LLP<br>201 Spear St. St 100<br>San Francisco, Ca 94105 | $60,696.24 | $25,092.65 |

Dated: January 5, 2015

Barry Milgrom, Trustee