# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| In re: BOB'S BROILER INC. | § | Case No. 12-32384 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Barry Milgrom, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $67,140.06

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $72,034.94

3) Total gross receipts of $ 139,175.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $139,175.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $50,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 72,034.94 | 72,034.94 | 72,034.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 7,612.68 | 7,612.68 | 7,612.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 145,415.67 | 123,176.75 | 93,198.75 | 59,527.38 |
| **TOTAL DISBURSEMENTS** | $145,415.67 | $252,824.37 | $172,846.37 | $139,175.00 |

4) This case was originally filed under Chapter 7 on August 15, 2012. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2015     By: /s/Barry Milgrom, Trustee
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held in interpleader in litigaton in | 1149-000 | 139,175.00 |
| **TOTAL GROSS RECEIPTS** | | $139,175.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bank Error | Check 326 cleared; incorrect Trustee Account | 8500-002 | 591.08 |
| Correction for Bank Error on 2/28/14 | Correction for Check #326 | 8500-002 | -591.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Xiao Ni Chen & Yung Chen | 4210-000 | 0.00 | 50,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $50,000.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry Milgrom | 2100-000 | N/A | 10,208.75 | 10,208.75 | 10,208.75 |
| Barry Milgrom, Trustee | 2200-000 | N/A | 26.28 | 26.28 | 26.28 |
| FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 1,621.97 | 1,621.97 | 1,621.97 |
| Intelligent International Co. | 2300-000 | N/A | 95.49 | 95.49 | 95.49 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PivotPoint Law, P.C. | 2990-000 | N/A | 8,996.00 | 8,996.00 | 8,996.00 |
| Yung Chen and Xiao Ni Chen | 2990-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Gabrielson & Company | 3420-000 | N/A | 41.25 | 41.25 | 41.25 |
| Gabrielson & Company | 3410-000 | N/A | 3,346.50 | 3,346.50 | 3,346.50 |
| McKenna Long & Aldridge LLP | 3120-000 | N/A | 200.57 | 200.57 | 200.57 |
| McKenna Long & Aldridge LLP | 3110-000 | N/A | 23,750.50 | 23,750.50 | 23,750.50 |
| McKenna Long & Aldridge LLP | 3120-000 | N/A | 189.34 | 189.34 | 189.34 |
| McKenna Long & Aldridge LLP | 3110-000 | N/A | 18,198.50 | 18,198.50 | 18,198.50 |
| Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Rabobank, N.A. | 2600-000 | N/A | 100.09 | 100.09 | 100.09 |
| Rabobank, N.A. | 2600-000 | N/A | 186.70 | 186.70 | 186.70 |
| Rabobank, N.A. | 2600-000 | N/A | 214.71 | 214.71 | 214.71 |
| Rabobank, N.A. | 2600-000 | N/A | 184.36 | 184.36 | 184.36 |
| Rabobank, N.A. | 2600-000 | N/A | 177.96 | 177.96 | 177.96 |
| Rabobank, N.A. | 2600-000 | N/A | 202.24 | 202.24 | 202.24 |
| Rabobank, N.A. | 2600-000 | N/A | 171.31 | 171.31 | 171.31 |
| Rabobank, N.A. | 2600-000 | N/A | 187.83 | 187.83 | 187.83 |
| Rabobank, N.A. | 2600-000 | N/A | 153.39 | 153.39 | 153.39 |
| Rabobank, N.A. | 2600-000 | N/A | 138.34 | 138.34 | 138.34 |
| Rabobank, N.A. | 2600-000 | N/A | 142.69 | 142.69 | 142.69 |
| Rabobank, N.A. | 2600-000 | N/A | 157.65 | 157.65 | 157.65 |
| Rabobank, N.A. | 2600-000 | N/A | 146.44 | 146.44 | 146.44 |
| Rabobank, N.A. | 2600-000 | N/A | 96.08 | 96.08 | 96.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $72,034.94 | $72,034.94 | $72,034.94 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Franchise Tax Board | 5800-000 | N/A | 1,661.37 | 1,661.37 | 1,661.37 |
| 6P | Employment Development Department | 5800-000 | N/A | 1,969.85 | 1,969.85 | 1,969.85 |
| 7P | Department of the Treasury | 5800-000 | N/A | 3,981.46 | 3,981.46 | 3,981.46 |
| NOTFILED | Franchise Tax Board Special | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $7,612.68 | $7,612.68 | $7,612.68 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dennis Yan | 7100-000 | N/A | 4,474.00 | 4,474.00 | 4,086.61 |
| 2 | Howard Ly | 7100-000 | 57,942.48 | 60,696.24 | 60,696.24 | 30,348.12 |
| 3 | Pivotpoint Law, P.C. | 7100-000 | 37,473.19 | 29,978.00 | 0.00 | 0.00 |
| 4U | Franchise Tax Board | 7300-000 | N/A | 834.11 | 834.11 | 0.00 |
| 6U | Employment Development Department | 7300-000 | N/A | 523.57 | 523.57 | 0.00 |
| 7U | Department of the Treasury | 7300-000 | N/A | 1,578.18 | 1,578.18 | 0.00 |
| NOTFILED | Franchise Tax Board Special | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Doris Tran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Xiao Ni Chen & Yung Chen | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Phuong Tran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Doris Tran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| | Clerk of the Court | 7100-000 | N/A | 25,092.65 | 25,092.65 | 25,092.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $145,415.67 | $123,176.75 | $93,198.75 | $59,527.38 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-32384 | **Trustee:** (001140) Barry Milgrom, Trustee |
| **Case Name:** BOB'S BROILER INC. | **Filed (f) or Converted (c):** 08/15/12 (f) |
| | **§341(a) Meeting Date:** 07/10/13 |
| **Period Ending:** 03/03/15 | **Claims Bar Date:** 10/08/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds held in interpleader in litigaton in SF Superior Court | 0.00 | 189,000.00 | | 139,175.00 | FA |
| **1** | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$189,000.00** | | **$139,175.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/02/15 BM approves the TDR and willsend it in to UST tomorrow, 3-3-15

02/17/15 Emailed TDR and supporting docs to B for approval

***Send in Revised Claims Proposed Distribution with the TDR when zero bank balance is received

/16/15 Email to B to say will TDR when Jan bankstatements arrive as the check cleared on 1/6/15

01/15/15 email to skv to prepare a TDR as the check to clerk has cleared.

01/05/15 Sent Notice of Unclaimed Dividend and check to Clerk of the Court re claim #2

***Send in Revised Claims Proposed Distribution with the TDR when zero bank balance is received

10/29/14 Gabrielson Check was written for wrong amount; reran the distribuiton and rewrote 3 checks to encompass the $100 overpayment to Gabrielson.

10/28/14 Order Approving TFE is filed; Checks posted; needs printed, signed and mailed - email B same DONE 10-28. NEED GABRIELSON ORDER (BE SURE ITS ENTERED; HE'LL HOLD THE CHECK PENDING ORDER)

10/27/14 Order ID: 507975

10/24/14 Court approved TFR

10/23/14 Trustee replied to the Objection to the Trustee's Final Report

10/21/14 D filed an Objection to the Trustee's Final Report

10/16/14 D filed request to extend the Final Hearing date

09/22/14 UST approved TFR - . Final Meeting scheduled for 10/24/2014 at 09:30 AM at San Francisco Courtroom 22 [10-1-14 Igot a call from Constance Mannion of FTB (916) 845-5072; she says that because of filing of a short year return, the estate owes anohter $800 for the period AFTER the final return we filed, but the FTB has not filed a proof of claim yet for that. But we already paid $800 for 2014 and the TFR proposes to pay the $800 again. So if we leave the TFR as is, the FTB will apply the $800 against the post final return periold so it is a wash; We owe $800 and will pay $800, so it is fine as is; they will apply against appropriate periods. I had skv on the line]

07/24/14 Sent financial files to Monette (including letter from Rabobank re posting error of $591.08)

07/23/14 Monette asked for financial file.

07/21/14 TFR sent to UST

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   August 15, 2014 | **Current Projected Date Of Final Report (TFR):**   July 21, 2014 (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-32384

**Case Name:** BOB'S BROILER INC.

**Taxpayer ID #:** **-***5665

**Period Ending:** 03/03/15

**Trustee:** Barry Milgrom, Trustee (001140)

**Bank Name:** Rabobank, N.A.

**Account:** ******0166 - Checking Account

**Blanket Bond:** $92,391,005.00 (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/13 | {1} | Judicial Council of California AOC-Superior Court | Settlement of funds from interpleader in SF Superior Court No. CGC-11-507561 (Chen vs. Jew, Bob's Broiler et al) | 1149-000 | 139,175.00 | | 139,175.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.09 | 139,074.91 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.70 | 138,888.21 |
| 07/10/13 | 101 | Yung Chen and Xiao Ni Chen | Per Doc 72 Order Directing Payment of Administrative Expense Claim | 2990-000 | | 1,500.00 | 137,388.21 |
| 07/10/13 | 102 | PivotPoint Law, P.C. | Per Doc 74 filed July 5, 2013 Order Allowing Payment of Administrative Expense Claim of PivotPoint Law, P.C. | 2990-000 | | 8,996.00 | 128,392.21 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.71 | 128,177.50 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.36 | 127,993.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.96 | 127,815.18 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.24 | 127,612.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.31 | 127,441.63 |
| 12/12/13 | 103 | McKenna Long & Aldridge LLP | Per Court order 12-10-13 [Doc #83] | 3110-000 | | 23,750.50 | 103,691.13 |
| 12/12/13 | 104 | McKenna Long & Aldridge LLP | Per Court order 12-10-13 [Doc #83] | 3120-000 | | 200.57 | 103,490.56 |
| 12/17/13 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2013 FOR CASE #12-32384, 01-01-14 to 01-01-15 | 2300-000 | | 95.49 | 103,395.07 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.83 | 103,207.24 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.39 | 103,053.85 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.34 | 102,915.51 |
| 02/28/14 | | Bank Error | Check 326 cleared; incorrect Trustee Account | 8500-002 | | 591.08 | 102,324.43 |
| 03/14/14 | | Correction for Bank Error on 2/28/14 | Correction for Check #326 | 8500-002 | | -591.08 | 102,915.51 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.69 | 102,772.82 |
| 04/17/14 | 106 | Franchise Tax Board | 100-ES 2014 Tax--Corp No. 2949218 | 2820-000 | | 800.00 | 101,972.82 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.65 | 101,815.17 |
| 05/28/14 | 107 | Franchise Tax Board | Per Court order Doc #135 entered 5-28-14 | | | 3,283.34 | 98,531.83 |
| | | | FTB per court order Doc #135 entered 5-28-14 | 5800-000 | 1,661.37 | | 98,531.83 |
| | | | FTB per court order Doc #135 entered 5-28-154 | 2820-000 | 1,621.97 | | 98,531.83 |
| 05/28/14 | 108 | Employment Development Department | Per court order Doc #135 entered 5-28-14 | 5800-000 | | 1,969.85 | 96,561.98 |
| 05/28/14 | 109 | Department of the Treasury | Per court order Doc #135 entered 5-28-14 | 5800-000 | | 3,981.46 | 92,580.52 |
| 05/28/14 | 110 | Howard Ly | Per court order Doc #135 entered 5-28-14 | 7100-000 | | 30,348.12 | 62,232.40 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.44 | 62,085.96 |

Subtotals : $139,175.00 $77,089.04

{} Asset reference(s)

Printed: 03/03/2015 05:19 AM V.13.22

Case: 12-32384    Doc# 157    Filed: 03/10/15    Entered: 03/10/15 11:33:58    Page 7 of 9

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-32384

**Case Name:** BOB'S BROILER INC.

**Taxpayer ID #:** **-***5665

**Period Ending:** 03/03/15

**Trustee:** Barry Milgrom, Trustee (001140)

**Bank Name:** Rabobank, N.A.

**Account:** ******0166 - Checking Account

**Blanket Bond:** $92,391,005.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 96.08 | 61,989.88 |
| 10/27/14 | 111 | McKenna Long & Aldridge LLP | Per Order dated 10/24/14 DE #152 | 3110-000 |  | 18,198.50 | 43,791.38 |
| 10/27/14 | 112 | McKenna Long & Aldridge LLP | Per Order dated 10/24/14 DE # 152 | 3120-000 |  | 189.34 | 43,602.04 |
| 10/28/14 | 113 | Barry Milgrom | Dividend paid 100.00% on $10,208.75, Trustee Compensation;  Reference: | 2100-000 |  | 10,208.75 | 33,393.29 |
| 10/28/14 | 114 | Barry Milgrom, Trustee | Dividend paid 100.00% on $26.28, Trustee Expenses;  Reference: | 2200-000 |  | 26.28 | 33,367.01 |
| 10/28/14 | 115 | Gabrielson & Company | Dividend paid 100.00% on $41.25, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 |  | 41.25 | 33,325.76 |
| 10/28/14 | 116 | Gabrielson & Company | Dividend paid 100.00% on $3,446.50, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided on 10/29/14 | 3410-000 |  | 3,446.50 | 29,879.26 |
| 10/28/14 | 117 | Franchise Tax Board | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 |  | 800.00 | 29,079.26 |
| 10/28/14 | 118 | Dennis Yan | Percent of Dividend  91.18%  Final dividend in bankruptcy case<br>Voided on 10/29/14 | 7100-000 |  | 4,079.75 | 24,999.51 |
| 10/28/14 | 119 | Howard Ly | Percent of Dividend  91.18%  Final dividend in bankruptcy case<br>Voided on 10/29/14 | 7100-000 |  | 24,999.51 | 0.00 |
| 10/29/14 | 116 | Gabrielson & Company | Dividend paid 100.00% on $3,446.50, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 10/28/14 | 3410-000 |  | -3,446.50 | 3,446.50 |
| 10/29/14 | 118 | Dennis Yan | Percent of Dividend  91.18%  Final dividend in bankruptcy case<br>Voided: check issued on 10/28/14 | 7100-000 |  | -4,079.75 | 7,526.25 |
| 10/29/14 | 119 | Howard Ly | Percent of Dividend  91.18%  Final dividend in bankruptcy case<br>Voided: check issued on 10/28/14 | 7100-000 |  | -24,999.51 | 32,525.76 |
| 10/29/14 | 120 | Gabrielson & Company | Dividend paid 100.00% on $3,446.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 3,446.50 | 29,179.26 |
| 10/29/14 | 121 | Dennis Yan | Percent of Dividend  91.34%  Final dividend in bankruptcy case | 7100-000 |  | 4,086.61 | 25,092.65 |
| 10/29/14 | 122 | Howard Ly | Percent of Dividend  91.34%  Final dividend in bankruptcy case | 7100-000 |  | 25,092.65 | 0.00 |

Subtotals :                        $0.00        $62,085.96

Case: 12-32384     Doc# 157     Filed: 03/10/15     Entered: 03/10/15 11:33:58     Page 8 of 9

Printed: 03/03/2015 05:19 AM        V.13.22

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 12-32384 | |
| Case Name: | BOB'S BROILER INC. | |
| | | |
| Taxpayer ID #: | **-***5665 | |
| Period Ending: | 03/03/15 | |

| | |
|---|---|
| Trustee: | Barry Milgrom, Trustee (001140) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0166 - Checking Account |
| Blanket Bond: | $92,391,005.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 01/05/15 | | | | |
| 01/05/15 | 122 | Howard Ly | Percent of Dividend  91.34%  Final dividend in bankruptcy case<br>Stopped: check issued on 10/29/14 | 7100-000 | | -25,092.65 | 25,092.65 |
| 01/05/15 | 123 | Clerk of the Court | Check 122 stopped and unclaimed funds to Clerk of the Court (Claim #2) | 7100-000 | | 25,092.65 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 139,175.00 | 139,175.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 139,175.00 | 139,175.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $139,175.00 | $139,175.00 | |

| | |
|---|---|
| Net Receipts : | 139,175.00 |
| Net Estate : | $139,175.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******0166 | 139,175.00 | 139,175.00 | 0.00 |
| | $139,175.00 | $139,175.00 | $0.00 |